*In re* **McGLYNN**, Terrence R. (MR 20538)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Terrence R. McGlynn is disbarred.

*In re* **MENEGAS**, Sam V. (MR 20493)
Hinsdale, IL

Order of the Court:

The petitions by respondent Sam V. Menegas and the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board are allowed. Respondent is disbarred.